```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
UNITED STATES OF AMERICA                  :
                                          :     23cr117(DLC)
              -v-                         :
                                          :         ORDER
LAURA PERRYMAN,                           :
                                          :
                       Defendant.         :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

Having received the defendant's request to substitute counsel in this matter, it is hereby

ORDERED that a conference to address the substitution will be held on June 1, 2023 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         May 25, 2023

_____
DENISE COTE
United States District Judge