```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :        23cr117(DLC)
              -v-                    :
                                     :        ORDER
LAURA PERRYMAN,                      :
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

WHEREAS, on or about March 9, 2023, the defendant was arrested in the Southern District of Florida, and was released on bail subject to certain conditions;

WHEREAS, on March 31, 2023, at the initial conference in the Southern District of New York, the parties set forth for the Court the defendant's bail conditions on the record;

WHEREAS, the Clerk's Office for the Southern District of New York has requested that a formal order be entered on the docket to reflect the defendant's conditions of release in this district;

IT IS HEREBY ORDERED that the defendant's bail conditions shall be as follows:

(1) The defendant shall be released subject to a $500,000 personal recognizance bond, to be co-signed by two financially responsible parties;

(2) The defendant is subject to Pretrial Services'

supervision as directed;

(3) The defendant may not change her present address without prior notification and approval from the U.S. Pretrial Officer or the Court;

(4) The defendant's travel is restricted to the SDNY, EDNY, and the Southern District of Florida, and points in between that are necessary to facilitate travel between those districts;

(5) The defendant must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement she shall notify her U.S. Pretrial Officer of that fact within 72 hours;

(6) The defendant shall surrender all passports and travel documents, if any, to Pretrial Services and make no new applications during the pendency of the case;

(7) The defendant shall refrain from possessing a firearm, destructive device or other dangerous weapons;

(8) The defendant shall submit to any drug testing as directed by the Court; and

(9)  The defendant shall have no contact with witnesses, as specified in a list that the Government has provided defense counsel.

SO ORDERED:

Dated:   New York, New York
         May 26, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge