```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :       23cr117 (DLC)
                                     :
            -v-                      :       AMENDED ORDER
                                     :
LAURA PERRYMAN,                      :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Trial in this case is scheduled to begin on **February 20, 2024**. Accordingly, it is hereby

ORDERED that any Rule 404(b) motions and motions in limine shall be filed by **January 12, 2024**; opposition shall be filed by **January 19**. Two courtesy copies shall be delivered by counsel to Chambers on the day of filing.

IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge, or Trial Memorandum shall be filed by **January 12**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **February 2, 2024** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:   New York, New York
         December 4, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge