```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :     23cr117(DLC)
              -v-                        :
                                         :         ORDER
LAURA PERRYMAN,                          :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A superseding indictment having been filed, it is hereby

ORDERED that a conference is scheduled for January 4, 2024 at 4:00 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         December 21, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge