UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    23cr117(DLC)
            -v-                          :
                                         :    ORDER
LAURA PERRYMAN,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

A final pretrial conference having been scheduled for Friday, February 2, 2024 at 10:00 AM, it is hereby

ORDERED that the Government shall bring to the conference the Lead, the Pink Stylet, and the White Stylet.

Dated:   New York, New York
         January 29, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge