```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :
              -v-                    :      23cr117 (DLC)
                                     :
LAURA PERRYMAN,                      :         ORDER
                                     :
                   Defendant.        :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the final pretrial conference on February 2, 2024, it is hereby

ORDERED that the Government's motion in limine to exclude the testimony of Philip Desjardins is granted.

IT IS FURTHER ORDERED that the Government's motion in limine to exclude the testimony of Dr. David Spinner is granted in part. The defendant shall produce Dr. Spinner's amended expert disclosures by February 6. The Government shall file any renewed motion in limine to Dr. Spinner's amended disclosures by February 9. The defendant shall file her opposition to any renewed motion in limine by February 12.

IT IS FURTHER ORDERED that the Government shall file a letter addressing the variance issue raised by the defendant by February 9.

Dated:   New York, New York
         February 2, 2024

                                      DENISE COTE
                            United States District Judge