

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2024

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Laura Perryman*, S1 23 Cr. 117 (DLC)

Dear Judge Cote,

    The Government writes respectfully to inform the Court that it has a produced a tentative witness list to the defense, noting that names may be added or subtracted from the list as the Government prepares for trial. Accordingly, the defense's request for a witness list in its February 7, 2024, letter, ECF No. 70, should be denied as moot.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

                by:   /s/
                      Mónica P. Folch
                      Jacob M. Bergman
                      Steven J. Kochevar
                      Assistant United States Attorneys
                      (212) 637- 6559/2776/2262