```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :         23cr117(DLC)
            -v-                      :
                                     :             ORDER
LAURA PERRYMAN,                      :
                                     :
                     Defendant.      :
------------------------------------ X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that should another pretrial conference be required in this case, it will be held on Thursday, February 15, 2024 at 2:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         February 9, 2024

                                          _____
                                                 DENISE COTE
                                          United States District Judge

1