```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :       23cr117(DLC)
            -v-                          :
                                         :          ORDER
LAURA PERRYMAN,                          :
                                         :
                      Defendant.         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for February 15, 2024 is cancelled.  The parties are reminded that the trial in this matter will begin on Tuesday, February 20, 2024 at 9:30 AM.

Dated:   New York, New York
         February 15, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　        DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge

1