UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :         23cr117(DLC)
            -v-                           :
                                          :         ORDER
LAURA PERRYMAN,                           :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

   As stated on the record during trial on March 1, 2024, it is hereby

   ORDERED that the testimony of Dr. Jeffrey Dann is stricken from the following sections of the trial transcript:

| From Line | To Line |
|-----------|---------|
| 1555:20   | 1557:12 |
| 1559:25   | 1560:7  |
| 1561:11   | 1561:19 |
| 1563:9    | 1563:17 |
| 1563:23   | 1564:10 |
| 1564:21   | 1564:25 |

Dated:   New York, New York
         March 1, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge