UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LAURA PERRYMAN,

Defendant.

23 Cr. 117 (DLC)

---

**VERDICT FORM**

**PLEASE CHECK (✓) EACH ANSWER.**

**THE VERDICT MUST BE UNANIMOUS ON EACH QUESTION.**

**COUNT ONE: Conspiracy to Commit Health Care Fraud and Wire Fraud**

______ Not Guilty

✓ Guilty

**COUNT TWO: Health Care Fraud**

______ Not Guilty

✓ Guilty

**COUNT THREE: Securities Fraud**

______ Not Guilty

______ Guilty

**After completing the verdict form, each juror who agrees with this verdict must sign below:**