UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        23cr117(DLC)
            -v-                            :
                                           :          ORDER
LAURA PERRYMAN,                            :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

      The parties are hereby

      NOTIFIED that the BOP facility where the defendant will

serve her term of imprisonment has been designated.

      SO ORDERED:

Dated:    New York, New York
          July 17, 2024


                              _____
                                        DENISE COTE
                              United States District Judge