```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :         23cr117(DLC)
            -v-                      :
                                     :            ORDER
                                     :
LAURA PERRYMAN,                      :
                                     :
                        Defendant.   :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

WHEREAS the defendant received the designation where she will serve her sentence of incarceration on July 17, 2024;

WHEREAS on September 4 this Court adjourned the defendant's surrender date until October 7, 2024 on the condition that if the defendant's motion before the 2nd Circuit for bail pending appeal was denied before September 27, she should surrender 7 days after the denial;

WHEREAS the 2nd Circuit denied the defendant's motion on September 6, 2024, it is hereby

ORDERED that the defendant shall surrender to her designated institution by 2:00 PM on September 13, 2024.

Dated:   New York, New York
         September 6, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge