

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 24, 2025

Hon. Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    **Re:**   *United States v. Perryman*, 23 Cr. 117 (DLC)

Dear Judge Cote:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. I am departing the U.S. Attorney's Office for other employment.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney

    By:  /s/ *Steven J. Kochevar*
        Steven J. Kochevar
        Assistant United States Attorney
        (212) 637-2262

cc: All Counsel of Record (by ECF)

So ordered.
[signature]
3/25/25