UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LAURA PERRYMAN,

Defendant.

23cr117(DLC)

ORDER

DENISE COTE, District Judge:

On August 8, 2026, Laura Perryman moved to vacate her June 17, 2024 judgment of conviction based on newly discovered evidence and prosecutorial misconduct. The motion is appropriately construed as a petition pursuant to 28 U.S.C. § 2255. See Jiminian v. Nash, 245 F.3d 144, 146-47 (2d Cir. 2001) (Section 2255 "is generally the proper vehicle for a federal prisoner's challenge to his conviction and sentence"). Because Perryman exhausted the direct appeal of her conviction on June 15, 2026, when the United States Supreme Court denied her petition for certiorari following the Second Circuit's affirmance of her conviction and sentence, a § 2255 petition is timely. See 28 U.S.C. § 2255(f); Clay v. United States, 537 U.S. 522, 524 (2003).

The Court therefore advises Perryman that it intends to construe her filing as a habeas petition filed under 28 U.S.C. § 2255. If Perryman does not want her filing so construed, she

may withdraw or amend the motion within 30 days of this Order. Adams v. United States, 155 F.3d 582, 584 (2d Cir. 1998).

Perryman is advised that she will only have one opportunity to file a § 2255 petition in this Court. Any subsequent petition must first be certified by the Second Circuit Court of Appeals as containing newly discovered evidence or a new rule of constitutional law made retroactive by the Supreme Court. 28 U.S.C. § 2255(f). If Perryman wishes to proceed with a § 2255 petition, she is advised to include in a revised petition all arguments she wishes to make in her petition to vacate her conviction. Accordingly, it is hereby

ORDERED that Perryman inform the court within 30 days whether she intends to withdraw her motion rather than have it re-characterized as a petition for habeas relief.

IT IS FURTHER ORDERED that if Perryman wishes to have her motion re-characterized as a petition for habeas relief, she shall submit any revised petition within 30 days of this Order.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to Perryman and note mailing on the docket.

Dated: New York, New York
September 4, 2026

DENISE COTE
United States District Judge