UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA :

-v- :

LAURA PERRYMAN, :

Defendant. :

---------------------------------------- X

23cr117(DLC)

ORDER

DENISE COTE, District Judge:

A petitioner has one year from the date a conviction is final to file a petition for a writ of habeas corpus. 28 U.S.C. § 2255(f). Laura Perryman was found guilty at trial and a judgment of conviction was entered against her on June 17, 2024. Her conviction became final on June 15, 2026, when the United States Supreme Court denied her petition for certiorari. Her deadline for filing a habeas petition, which carries a one-year statute of limitations, is June 15, 2027.

On August 8, 2026, Perryman moved to vacate her conviction. In response to a September 4 Order, Perryman withdraws her August 8 motion and advises that she does not seek relief under § 2255. Accordingly, it is hereby

ORDERED that the government shall respond by **November 6, 2026** to Perryman's September 18, 2026 Rule 33(b)(1) motion for a new trial based on newly discovered evidence.

IT IS FURTHER ORDERED that any reply by Perryman is due on

**December 4, 2026.**

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to Perryman and note mailing on the docket.

Dated: New York, New York
September 22, 2026

DENISE COTE
United States District Judge